# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2020

*The Court of Appeals hereby passes the following order:*

## A21A0108. EDWARD T. RIDLEY v. THE STATE.

In 2013, Edward Ridley pled guilty to failure to register as a sex offender, and the trial court imposed a sentence that included a term of probation. In November 2019, the trial court revoked eight years of Ridley's probation after finding that he failed to pay court-ordered monies and committed a new felony offense. In April 2020, Ridley filed a motion to reduce or modify his sentence, which the trial court dismissed. Ridley then filed both a notice of appeal directed to the Supreme Court and an application for discretionary review in the Supreme Court, which transferred both matters to this Court. We denied Ridley's discretionary application on the merits in July 2020, see *Ridley v. State*, No. A20D0414 (July 2, 2020), and the direct appeal has been docketed as the instant case, No. A21A0108.

Because we rejected Ridley's challenge to the trial court order sought to be appealed here in Case No. A20D0414, the current appeal is barred by the law of the case. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); accord *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320

(540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Consequently, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/31/2020_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*